**Motion Denied and Order filed September 22, 2015.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-14-01011-CR**

_____

**MARGARET RENEE MAYER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1416618**

## ORDER

Appellant is represented by appointed counsel, **Cheri Duncan**. Appellant's brief was originally due May 29, 2015**.** We have granted a total of 90 days to file appellant's brief until September 4, 2015. No brief was filed. On September 10, 2015, counsel filed a further request for extension of time to file appellant's brief.

We deny the request for extension and issue the following order.

Accordingly, we order **Cheri Duncan** to file a brief with the clerk of this court on or before **October 9, 2015**. If counsel does not timely file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Jamison, McCally and Wise